**Opinion filed July 25, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-24-00169-CV

_____

## IN THE INTEREST OF D.C.C.S., A CHILD

**On Appeal from the 1st Multicounty Court at Law**
**Nolan County, Texas**
**Trial Court Cause No. CC-8199**

## M E M O R A N D U M   O P I N I O N

Appellant filed a pro se notice of appeal from the trial court's order in a suit to modify the parent-child relationship. Appellant subsequently filed in this court an unopposed motion to dismiss this appeal. According to the motion, Appellant "can no longer afford legal counsel to assist in the development and perfection of his appeal" and requests that we dismiss the appeal.

We note that the civil information form does not indicate that Appellant has filed a statement of inability to afford payment of costs or an affidavit of indigence in the trial court, and Appellant has not filed either document with this court. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 20.1. As a result, when this appeal was docketed,

the clerk of this court requested that Appellant remit the filing fee by June 18 and file a docketing statement on or before July 5. We notified Appellant in writing that the failure to comply with these requirements may result in dismissal of the case. We twice extended Appellant's deadlines to comply, reminding him in each notice that the case may be dismissed. As of this date, we have not received the filing fee or docketing statement from Appellant.

In accordance with Appellant's request, we grant Appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because Appellant has failed to pay the required filing fee and has failed to comply with this court's directives, we dismiss the appeal on those grounds as well. *See* TEX. R. APP. P. 5, 42.3(b), (c).

JOHN M. BAILEY
CHIEF JUSTICE

July 25, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.